UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN K. TOSCANO,

    Plaintiff,

v.

G. LEWIS, *et al.*,

    Defendants.

No. C-12-5893 EMC (pr)

**ORDER (1) DENYING PLAINTIFF'S RESUBMITTED MOTIONS AND (2) EXTENDING DEADLINES**

Shortly after the Court issued an order on July 17, 2013 denying Plaintiff's numerous motions, Plaintiff resubmitted several of them. The resubmitted motions are **DENIED** because they duplicate motions as to which the court already has issued a ruling. (Docket # 85.) Specifically, (a) the motion for reinstatement of claims and defendants is denied as duplicative of Docket # 31 and # 34; (b) the motion for appointment of counsel is denied as duplicative of Docket # 32 and # 35; (c) the motion to file a second amended complaint is denied as duplicative of Docket # 30 and # 37; (d) the motion for order to produce documents is denied as duplicative of Docket # 36; and (e) the motion for an order compelling discovery is denied as duplicative of Docket # 42, # 44 and # 46.

Plaintiff's motion for default against several defendants is **DENIED**. (Docket # 85, p. 24-25.) Plaintiff provides no proof that any of the defendants against whom he requests entry of default – defendants he does not bother to individually identify – was properly served with process in this action. Further, no defendant was in default because of the unusual provisions in 42 U.S.C. § 1997e(g)(1), which allows a defendant to "waive the right of reply" in a civil rights action filed by a

prisoner, provides that such a waiver is not an admission of the allegations in the complaint, and disallows relief for the plaintiff unless a reply has been filed. The "reply" referred to in § 1997e(g) appears to be the answer to the complaint. If a defendant may waive the right of reply, he would not be in default for not filing one.

Defendants' request for extension of the deadline to file a dispositive motion is **GRANTED**. (Docket # 48.) The Court now sets these new deadlines for the dispositive motion:

1. No later than **September 20, 2013**, Defendants must file and serve a motion for summary judgment or other dispositive motion. If Defendants are of the opinion that this case cannot be resolved by summary judgment or other dispositive motion, Defendants must so inform the Court prior to the date the motion is due.

2. Plaintiff's opposition to the summary judgment or other dispositive motion must be filed with the Court and served upon Defendants' counsel no later than **October 18, 2013**.

3. Defendants' reply, if any must be filed no later than **November 1, 2013.**

IT IS SO ORDERED.

Dated: August 2, 2013

_____
EDWARD M. CHEN
United States District Judge

2