**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN K. TOSCANO, | No. C-12-5893 EMC (pr) |
| Plaintiff, | |
| v. | **ORDER GRANTING DEFENDANTS' MOTION TO FILE UNDER SEAL** |
| G. LEWIS, *et al.*, | **(Docket No. 201)** |
| Defendants. | |

      Defendants have moved to file documents under seal. Upon due consideration, Defendants' motion is **GRANTED**. Docket # 201. Defendants have demonstrated that disclosure of the confidential information in the specified documents to Plaintiff or the general public would create a severe risk to the safety of other prisoners and institutional security. Accordingly, Docket # 201-3 (i.e., Exhibits A, B and D to the declaration of R. Basso), Docket # 201-4 (i.e., Exhibit H to the declaration of D. Barneburg) and Docket # 201-5 (i.e., Exhibit A to the declaration of J. O'Brien) will be filed under seal and not available for inspection by the public or plaintiff absent a court order permitting such inspection. The documents shall remain under seal during the pendency of the case and any appeal.

      Defendants' proposed order provides for the materials to be maintained under seal until the conclusion of this case and any appellate proceedings, after which time they should be returned to defense counsel. The Court declines to utilize this portion of Defendants' proposed order because Local Rule 75-9(g) puts the burden on Defendants, rather than court personnel, to remember to deal with the sealed documents at the conclusion of the case. *See* Local Rule 79-5(g) ("a Submitting

Party or a Designating Party may, upon showing good cause at the conclusion of a case, seek an order to extend the sealing to a specific date beyond the 10 years provided by this rule").

    IT IS SO ORDERED.

Dated: November 10, 2014

_____
EDWARD M. CHEN
United States District Judge