**United States District Court**
For the Northern District of California

1

2

3

4

5               UNITED STATES DISTRICT COURT

6             NORTHERN DISTRICT OF CALIFORNIA

7

8   BENJAMIN K. TOSCANO,                          No. C-12-5893 EMC (pr)

9              Plaintiff,
                                                  **ORDER DENYING PLAINTIFF'S**
10       v.                                       **MOTION FOR POLYGRAPH**
                                                  **EXAMINATIONS**
11  G. LEWIS, *et al.*,
                                                  **(Docket No. 206)**
12             Defendants.
    _____/

13

14       Plaintiff's "motion for order polygraph examination on all the defendants in this matter and

15  plaintiff" is **DENIED**.  Docket # 206.  Any polygraph evidence likely would not be admissible

16  under Federal Rule of Evidence 403.  Also, there is the matter of cost: Plaintiff has not explained

17  how he would pay for polygraph tests and the Court will not pay for them.  *See United States v.*

18  *MacCollom*, 426 U.S. 317, 326 (1976) (the expenditure of public funds on behalf of an indigent

19  litigant is proper only when authorized by Congress).  Plaintiff has filed more than sixty motions and

20  requests in this action, many of which were repetitive and unnecessarily wasted limited judicial

21  resources.  Plaintiff must now concentrate on preparing and filing his opposition to the pending

22  motion for summary judgment.

23

24       IT IS SO ORDERED.

25

26  Dated: November 10, 2014

27                                                _____
                                                  EDWARD M. CHEN
28                                                United States District Judge