UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| BENJAMIN K. TOSCANO,<br>        Plaintiff,<br>   v.<br>G. D. LEWIS, et al.,<br>        Defendants. | Case No.  12-cv-05893-EMC (NJV)<br><br>**ORDER RE MEET AND CONFER**<br><br>Re: Dkt. No. 279 |

The court has been informed by the California Attorney General's Office that this case will be handled through the pilot program. Accordingly, Defendants are HEREBY EXCUSED from the requirement of having a representative of the CDCR present at the telephonic meet and confer.

**IT IS SO ORDERED**.

Dated: October 13, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge