UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

BENJAMIN K. TOSCANO,

    Plaintiff,

  v.

G. D. LEWIS, et al.,

    Defendants.

Case No.  12-cv-05893-EMC (NJV)

**ORDER RETURNING CASE TO DISTRICT JUDGE EDWARD M. CHEN**

On August 19, 2015, District Judge Edward M. Chen entered an order resolving Defendants' Motion for Summary Judgment and referring the case to the undersigned for a settlement conference.  (Doc. 270.)  On October 9, 2015, the court entered an order setting a video settlement conference for November 19, 2015, at 9:00 a.m.  (Doc. 279.)  At the time set for the video settlement conference, Plaintiff appeared, but refused to participate in settlement negotiations.  Thus, the undersigned was unable to conduct a settlement conference.  Accordingly, the case is respectfully returned to District Judge Chen.

**IT IS SO ORDERED**.

Dated:  November 19, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge