LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
DORIS CHENG (State Bar #197731)
dcheng@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFF**
BENJAMIN K. TOSCANO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN K. TOSCANO,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>G. LEWIS, et al.,<br><br>　　　　　　Defendants. | Case No. 3:12-cv-05893-EMC<br><br>**NOTICE OF SETTLEMENT AND STIPULATED REQUEST TO VACATE TRIAL DATE; [PROP~~OS~~ED] ORDER**<br><br>Judge: Hon. Edward M. Chen<br>Trial Date: May 1, 2017<br>Action Filed: April 16, 2013 |

TO THE HONORABLE COURT:

The parties have reached a tentative settlement, and respectfully request that the Court vacate the trial date and all other pre-trial hearings in this matter.

The parties further request a Case Management Conference in 60 days to allow them time execute and finalize the settlement documents, and file a stipulated dismissal.

So stipulated:

Dated:  March 8, 2017　　　　　　　　　　WALKUP, MELODIA, KELLY & SCHOENBERGER


　　　　　　　　　　　　　　　　　　　　　/s/ *Khaldoun A. Baghdadi*
　　　　　　　　　　　　　　　　　　　　　KHALDOUN A. BAGHDADI
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

1  Dated: March 8, 2017           DEPUTY ATTORNEY GENERAL OF CALIFORNIA

/s/ *Bryan Kao*
BRYAN KAO
Attorney for Defendants G. Eberly and D. Thompson

# [P~~ROPO~~SED] ORDER

Having received notice of a settlement in this matter, the pre-trial conference and trial dates are hereby VACATED.

A further Case Management Conference is set for   4/27/17 at 10:30 a.m.  .
An updated joint CMC statement shall be filed by 4/20/17.
IT IS SO ORDERED.
3/8/2017

Dated:

**IT IS SO ORDERED AS MODIFIED**
*Judge Edward M. Chen*

THE HONORABLE EDWARD M. CHEN
DISTRICT COURT JUDGE, UNITED STATES
DISTRICT COURT

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210