UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN K. TOSCANO,<br><br>    Plaintiff,<br><br>    v.<br><br>G. D. LEWIS, et al.,<br><br>    Defendants. | Case No. 12-cv-05893-EMC<br><br>**ORDER RE PLAINTIFF'S REPLY**<br><br>Docket No. 370 |

The Court has received and reviewed Mr. Toscano's "Reply to Proposed Stipulation/Agreement," filed on September 14, 2017. Because the issues raised therein are related to settlement discussions, the Court re-refers this case to Judge Kim for settlement, with a further conference to be held at her earliest convenience.

Counsel for Mr. Toscano shall immediately provide a copy of this order to Mr. Toscano.

**IT IS SO ORDERED**.

Dated: September 18, 2017

_____
EDWARD M. CHEN
United States District Judge