UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN K. TOSCANO,<br><br>    Plaintiff,<br><br>    v.<br><br>G. D. LEWIS, et al.,<br><br>    Defendants. | Case No. 12-cv-05893-EMC (SK)<br><br>**WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

It is hereby ordered that the Clerk of Court issue a Writ of Habeas Corpus Ad Testificandum for the person of Benjamin K. Toscano, CDCR No. H57647, whose place of custody and jailor are set forth in the Writ, attached hereto, as the presence of the said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required.

Dated: September 22, 2017

_____
SALLIE KIM
United States Magistrate Judge

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO: Warden Clark Ducart, Pelican Bay State Prison, 5905 Lake Earl Drive, Crescent City, California 95531

GREETINGS:

WE COMMAND that you have and produce the body Benjamin K. Toscano, in your custody in the hereinabove-mentioned Institution, before the United States District Court on October 6, 2017, 1:30 P.M. , Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102, in order that said prisoner may then and there participate in the settlement conference in the matter of Toscano v. Lewis, and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

Witness the Honorable SALLIE KIM, United States Magistrate Judge of the United States District Court for the Northern District of California.

Dated: September 22, 2017

                            Susan Y. Soong
                            Clerk, United States District Court

                            By: _____
                            Melinda K. Lozenski, Deputy Clerk

Dated: September 22, 2017

                            _____
                            The Honorable Sallie Kim
                            United States Magistrate Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN K. TOSCANO,<br>　　　　Plaintiff,<br>　　v.<br>G. D. LEWIS, et al.,<br>　　　　Defendants. | Case No. 12-cv-05893-EMC (SK)<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 22, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Warden Clark Ducart
Pelican Bay State Prison
P.O. Box 7000
Crescent City, CA 95531-7000

Dated: September 22, 2017

　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　Melinda K. Lozenski, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　Honorable SALLIE KIM