UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN K. TOSCANO,<br><br>    Plaintiff,<br><br>    v.<br><br>G. D. LEWIS, et al.,<br><br>    Defendants. | Case No. 12-cv-05893-EMC<br><br>**ORDER GRANTING ADMINISTRATIVE REQUEST TO ADVANCE HEARING DATE ON MOTION TO WITHDRAW AS COUNSEL**<br><br>Docket No. 390 |

Counsel for Mr. Toscano has filed a motion to withdraw. Counsel has also asked that the hearing on the motion be heard on an expedited basis in light of the upcoming final pretrial conference (currently scheduled for October 11, 2017).

The Court **GRANTS** the motion to expedite and orders as follows.

1. Counsel for Mr. Toscano shall immediately serve a copy of this order on Mr. Toscano such that it is received by him no later than Tuesday, October 3, 2017.

2. Mr. Toscano shall file an opposition to the motion to withdraw by Friday, October 6, 2017.

3. The Court shall hold a hearing on the motion to withdraw on October 11, 2017, at 10:00 a.m. (*i.e.*, the same date and time as the final pretrial conference). The Clerk of the Court shall make arrangements to ensure that Mr. Toscano is either available in person or by telephone for the hearing.

4. The Court shall also schedule a status conference for October 11, 2017, at 10:00 a.m.

5. Both parties shall be prepared to address scheduling of the trial in this case should the motion to withdraw be granted.

6. Mr. Toscano is forewarned that, if the Court grants the motion to withdraw, then it shall not appoint him new pro bono counsel.

This order disposes of Docket No. 390.

**IT IS SO ORDERED**.

Dated: October 2, 2017

_____
EDWARD M. CHEN
United States District Judge