XAVIER BECERRA
Attorney General of California
JAY M. GOLDMAN
Supervising Deputy Attorney General
JILLIAN R. O'BRIEN
Deputy Attorney General
State Bar No. 251311
BRYAN KAO
Deputy Attorney General
State Bar No. 240242
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone: (415) 703-5564
  Fax: (415) 703-5843
  E-mail: Bryan.Kao@doj.ca.gov
*Attorneys for Defendants
D. Thompson and G. Eberly*

DORIS CHENG
State Bar No. 197731
KHALDOUN BAGHDADI
State Bar No. 190111
Walkup Melodia Kelly & Schoenberger
  650 California Street, 26th Floor
  San Francisco, CA  94108
  Telephone: (415) 981-7210
  Fax: (415) 391-6965
*Attorneys for Plaintiff Benjamin Toscano*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **BENJAMIN K. TOSCANO,**<br><br>                                       Plaintiff,<br><br>            v.<br><br>**G. LEWIS, et al.,**<br><br>                                       Defendants. | C 12-5893 EMC<br><br>**STIPULATION AND PROPOSED ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

Plaintiff Benjamin Toscano and Defendants G. Eberly and D. Thompson have resolved this case in its entirety. In accordance with their settlement agreement and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to a dismissal of this action with prejudice. The filing of this stipulation automatically terminates this action.

/ / /

/ / /

/ / /

1

Stip. & [Proposed] Order Voluntary Dismissal (C 12-5893 EMC)

Each party shall bear their own costs and attorney fees in connection with this action.

It is so stipulated.

Dated: October 11, 2017

Khaldoun Baghdadi
Doris Cheng
Walkup, Melodia, Kelly & Schoenberger
*Attorneys for Plaintiff Benjamin Toscano*

Dated: October 11, 2017

Bryan Kao
Deputy Attorney General
California Attorney General's Office
*Attorneys for Defendants G. Eberly and D. Thompson*

**IT IS SO ORDERED:**

Dated: October 4, 2017

The Hon. Edward M. Chen
United States District Judge

SF2013205769
20952302.doc

2